Rustom Ali, PhD
529 W Colgate Dr
Tempe AZ 85283
(480) 703-4227

☑ FILED ___ LODGED
___ RECEIVED ___ COPY

FEB 1 1 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

1. Clinical Laboratory Specialty International Inc., dba Sonali Diagnostic Laboratory,

2. Rustom Ali, Director and Owner

   Plaintiffs,

v.

1. Secretary, Department of Health and Human Services,

2. Administrator, Centers for Medicare & Medicaid

3. Karen Fuller, Manager, CMS Division IX

   Defendant(s).

CASE NUMBER:

**CV20-00310-PHX-DLR**

**COMPLAINT**

## Jurisdiction

This court has jurisdiction over this matter pursuant to 42 USC 263a(i)(3) 42 CFR 493.1840(a)(8); 42 USC 263h(2)(B) 42 CFR 493.1834, 493.1834(i)(1)(i); 31 USC 3716, 45 CFR 30.12(b); 42 CFR 424.502, 42 CFR 424.530(a)(b)(ii), 42 CFR 424.530(a)(b)(iii);

42 USC 263ah(2)(A) 42 CFR 493.1832; 42 USC 42 CRR 493.1804, 493.1812, 493.1814, 493.1840, 493.1844; 28 USC 2462 §§

The plaintiffs are residents of Tempe, Maricopa County, Arizona and citizen of the United States. The defendants are residents of (a) Washington, DC, (b) Baltimore, Maryland and (c) San Francisco, California, citizen of the United States. The cause of action arose in the Phoenix division.

## Complaint

CMS has been denying professional CLIA readmission for non-payment of civil money penalty (CMP). CMS specified irrelevant regulations for their actions. CMP did not accrue and owner is not personally liable for it. CMS are not accepting statute of limitations for 5 years. There is bias involved in this case.

## Demand

Readmission to CLIA Program and Reissuance of CLIA Certificate; No valid claim for CMP. **Damages: Unspecified.**

Date: February 11, 2020

*[signature: Rustom Ali]*
Signature of Pro Se Plaintiff
Rustom Ali
529 W Colgate Dr.
Tempe, AZ 85283
(480) 703-4227